# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LASHANNON J. EASTON          :          CIVIL ACTION
                             :
         v.                  :
                             :
BRISTOL-MYERS SQUIBB         :
COMPANY, ET AL.              :          NO. 02-3695

## ORDER

_____**AND NOW,** this _____ day of February, 2003, it is Ordered that the defendants

having filed a motion for summary judgment, the case is **removed** from the trial pool until

further order of the Court.

It is further Ordered that the parties are relieved from the obligation to file pretrial

submissions until further order of the Court.

AND IT IS SO ORDERED.

_____
                                          EDUARDO C. ROBRENO, J.