IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHANNON J. EASTON, | : | CIVIL ACTION |
| | : | NO. 02-3695 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRISTOL-MYERS SQUIBB COMPANY | : | |
| and | : | |
| BRENDA MARTINI WAKIN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

<u>JUDGMENT</u>

**AND NOW**, this **29th** day of **October 2003,** pursuant to an order of even date, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of defendants and against plaintiff on count I and count II.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**